IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-OES

LEESA WITT,

Plaintiff(s),

vs.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 29, 2005

      Counsel advise that the issues that were to be addressed at the hearing of September 30, 2005, have now been resolved.  The motion hearing of September 30, 2005, is therefore VACATED and Plaintiff's Motion to Compel Discovery [filed September 6, 2005, Document 52] is deemed WITHDRAWN..