IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-OES

LEESA WITT,

Plaintiff(s),

vs.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 14, 2005

    Plaintiff's Motions for Protective Order and to Compel Answers to Interrogatories with Response to Third Party Defendant's Motion to Compel [Filed October 27, 2005, Document 65] are STRICKEN.  Plaintiff is directed to refile the motions as separate motions pursuant to rule.