IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-OES

LEESA WITT,

Plaintiff(s),

vs.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 21, 2005

Defendant/Third Party Plaintiff Condominiums at the Boulders' Unopposed Motion to Modify Discovery and Dispositive Motions Deadlines Set by Scheduling Order Dated April 25, 2005 [filed November 18, 2005, Document 81] is GRANTED. The scheduling order shall be amended to reflect the following deadlines:

- Designation of experts             January 30, 2006
- Rebuttal experts designation        February 28, 2006
- Discovery cutoff                    March 31, 2006
- Dispositive motions deadline        April 14, 2006