IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-OES

LEESA WITT,

Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation, and TRAVELERS PROPERTY CASUALTY INSURANCE CO, a Connecticut corporation,

Defendants.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

Third-Party Plaintiff,

v.

LENNAR COLORADO LLC, a Colorado limited liability company;
LENNAR FAMILY OF BUILDERS GP, INC., a Delaware corporation;
LENNAR HOMES OF COLORADO, LLLP, a Colorado limited liability partnership;
LENNAR CORPORATION, a Delaware corporation;
LENNAR HOMES, INC., a Florida corporation; and
GENESSEE COMMUNITIES VII, LLC, a Colorado limited liability company,

Third-Party Defendants.

---

MINUTE ORDER

---

**Entered by O. Edward Schlatter, United States Magistrate Judge, on January 9, 2006.**

Plaintiff's Motion For Protective Order [Filed November 17, 2005; Docket #76] and Plaintiff's Motion To Compel [Filed November 17, 2005; Docket #77] were considered and **DENIED** by me in my Order Granting Lennar's Motion To Compel Entry And Order Denying Plaintiff's Motions For Protective Order And To Compel ("Order") [Docket #80]. However, my Order inadvertently referenced a previously stricken version of the plaintiff's motion set forth at Docket #65.  See MINUTE ORDER, Docket #75; ORDER, p. 3, Docket #80.

Accordingly, the record shall be corrected to reflect that Plaintiff's Motion For Protective Order [Filed November 17, 2005; Docket #76] and Plaintiff's Motion To Compel [Filed November 17, 2005; Docket #77] are **DENIED** by my of November 18, 2005 [Docket #80].