IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

>Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation,

>Defendants,

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

>Third-Party Plaintiff,

v.

GENESEE COMMUNITIES VII, LLC,

>Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 26, 2006.**

Plaintiff's Motion to Quash and for Protective Order [Filed May 24, 2006; Docket #110] is hereby **denied**.

Rule 7(b)(1) Fed.R.Civ.P. requires that all requests or motions must state "with particularity" the grounds for relief being sought and the relief being requested. Rule 7 is designed to give the Court notice of the grounds and prayer of a motion, and to provide the Court with enough information to process the motion correctly. *See Registration Control Systems, Inc. v. Compusystems, Inc.*, 922 F.2d 805, 808 (Fed. Cir. 1990). Plaintiff's motion sets forth only the relief she is seeking, and absolutely no grounds or information upon which to determine whether the relief is warranted.