IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

    Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation, and TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a Connecticut corporation,

    Defendants,

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

    Third-Party Plaintiff,

v.

GENESEE COMMUNITIES VII, LLC,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 13, 2006.**

    For good cause shown, and upon agreement of the parties, the Unopposed Motion to Approve Agreed Protective Order [Filed July 10, 2006; Docket #133] is hereby **granted**. The Agreed Protective Order shall issue separately.