IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

        Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, and
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

        Defendants;

CONDOMINIUMS AT THE BOULDERS ASSOCIATION,

        Third-Party Plaintiffs,

v.

GENESEE COMMUNITIES VII, LLC,

        Third-Party Defendant.

---

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, December 28, 2006 at 11:00 a..m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  Counsel shall *bring their calendars.*

The parties shall be prepared to address compliance with the Court's orders at the Final Pretrial Conference and the Defendant's rule 702 motions.

Dated this 12th day of December, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge