## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover                                     Date: December 28, 2006
Court Reporter:        Darlene Martinez

Civil Action No. 04-cv-02000-MSK-MEH

*Parties*:                                                                                        *Counsel Appearing:*

LEESA WITT,                                                                         Terry Alan Wallace

       Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS                          Michael Montgomery
ASSOCIATION,                                                                    Thomas Blomstrom

       Defendant/Third Party Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY INSURANCE        Katherine White
COMPANY,                                                                          Leslie Eaton
GENESEE COMMUNITIES VII, LLC

       Third Party Defendant.                                           Scott Levin

---

## COURTROOM MINUTES

---

**HEARING:**  **Law and Motions Hearing**

**11:11 a.m.**     **Court in session.**

The Court addresses the current trial date and the revised final pretrial order.

Plaintiff makes an oral motion for the Court to modify its procedure in deciding defendant Condominiums at the Boulders Association's Motion in Limine to Preclude Expert Testimony Under F.R.E. 702 (**Doc. #158**).

Argument regarding plaintiff's oral motion.

Oral findings are made of record.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

**ORDER:**   Plaintiff's oral motion for the Court to modify it's procedure in deciding defendant Condominiums at the Boulders Association Motion in Limine to Preclude Expert Testimony Under F.R.E. 702 (**Doc. #158**) is **DENIED.**

**ORDER**   Defendant Condominiums at the Boulder Association Motion In Limine to Preclude Expert Testiomony Under F.R.E. 702 (**Doc. 158**) is **DENIED** with leave to re-file. The Court requires the parties to use the format that has been specified.

**ORDER:**   The trial set for **January 16, 2007 is VACATED** and will be rescheduled upon the filing of a joint proposed pretrial order and after the 702 hearing(s) have been conducted. The 702 hearing(s) will be conducted after the parties' joint submission of a Rule 702 motion. Counsel for plaintiff shall specify what opinions it intends to proffer and defendants shall specify what objections are applicable to that particular opinion(s).

The plaintiff makes an oral motion to require the defendants to pay for the 702 hearing.

ORDER:   The plaintiff's oral motion to require the defendants to pay for the 702 hearing is **DENIED** for lack of showing.

**11:58 a.m.**   **Court in recess.**

**Total Time:   47 minutes.**
**Hearing concluded.**