IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

      Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION,

      Defendant,


CONDOMINIUMS AT THE BOULDERS ASSOCIATION,

      Third-Party Plaintiffs,

v.

GENESEE COMMUNITIES VII, LLC,

      Third-Party Defendant.

---

### OPINION AND ORDER DENYING MOTION TO CONTINUE HEARING

---

**THIS MATTER** comes before the Court pursuant to the Defendant's Unopposed Motion to Continue Hearing (**# 188**).  The motion is premised upon "the forecast for heavy snow."  The Court finds that the <u>anticipation</u> of adverse weather conditions does not constitute good cause for a continuance.  Accordingly, the Motion is **DENIED**, without prejudice to refiling should weather conditions develop that <u>actually</u> prevent safe travel.

The parties are further advised that the Court will address the Defendant's Motion to Preclude Offering of Undisclosed Opinions of Plaintiff's Expert (**# 187**) at the scheduled Rule 702

hearing.

Dated this 12th day of April, 2007

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge