# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush  
Court Reporter: Paul Zuckerman

Date: April 13, 2007

Civil Action No. 04-cv-02000-MSK

*Parties*:

*Counsel Appearing*:

LEESA WITT,

Terry Wallace

        Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS
ASSOCIATION, a Colorado nonprofit corporation,

C. Michael Montgomery  
Thomas Blomstrom

        Defendant.

CONDOMINIUMS AT THE BOULDERS
ASSOCIATION, a Colorado nonprofit corporation,

        Third-Party Plaintiff,

v.

GENESEE COMMUNITIES VII, LLC,

Scott Levin  
Chelsey Burns

        Third-Party Defendant.

## COURTROOM MINUTES

**RULE 702 HEARING**

**1:34 p.m.**    **Court in session**.

Argument.

Oral findings and conclusions of law are made of record and incorporated herein.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**: With regard to the Motion to Preclude Offering of Undisclosed Opinions of Plaintiff's Expert Bob Kinning Pursuant to Fed.R.Civ.P. 37(c) (Doc. 187), the discovery period is reopened for the purpose of investigating the new opinions by Mr. Kinning. Plaintiff's deadline for submitting the supplemental expert report to defendants is April 20, 2007. If a deposition is required of Mr. Kinning and/or Mr. Tomkins, the deposition(s) will be at plaintiff's expense. Plaintiff will pay the cost of the expert witness and the cost of the court reporter, but not defendants' attorneys' fees. Defendants have until May 20, 2007, to conduct this limited discovery.

Court states that plaintiff has an ongoing obligation to supplement any calculation of damages.

**ORDER**: Plaintiff has until June 19, 2007, to further supplement anything necessary under the Federal Rules. There shall be no supplementation after June 19, 2007.

**ORDER**: Any supplemental reports by defendants' experts shall be submitted to plaintiff by June 19, 2007.

**2:28 p.m.**     **Court in recess.**
**2:44 p.m.**     **Court in session.**

Counsel state the opinions and objections.

**Witness sworn for the plaintiff: Tara Brockman.**
2:48 p.m.     Direct examination by Mr. Wallace.
2:59 p.m      Cross examination of Ms. Brockman by Mr. Murphy.
3:28 p.m.     Redirect examination of Ms. Brockman by Mr. Wallace.

Argument by Mr. Wallace and Mr. Murphy.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER**: With regard to the Stipulated Motion Under Fed. R. Evid. 702 (Doc. 183), and as set forth on the record, Rule 702 precludes the admissibility of any of the opinions by Ms. Brockman.

**ORDER**: The deadline is June 29, 2007, for filing any Rule 702 challenges with regard to Mr. Kinning's new opinions following the discovery period and any new opinions that might be expressed by supplementation of the defendants' experts.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**4:00 p.m.        Court in recess.**

Total Time: 02:10
Hearing concluded.