IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

    Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION,

    Defendant,

CONDOMINIUMS AT THE BOULDERS ASSOCIATION,

    Third-Party Plaintiffs,

v.

GENESEE COMMUNITIES VII, LLC,

    Third-Party Defendant.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Thursday, July 26, 2007 at 3:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall be prepared to address all pending motions.

Dated this 20th day of June, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge