**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover                    Date: July 26, 2007
Court Reporter:   Paul Zuckerman

Civil Action No. 04-cv-02000-MSK

*Parties*:                                           *Counsel Appearing:*

LEESA WITT,                                          Terry Wallace

       Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS                         C. Michael Montgomery
ASSOCIATION,                                         Thomas Blomstrom

       Defendant/Third Party Plaintiff,

v.

GENESEE COMMUNITIES VII, LLC,                        Chelsey Burns
                                                     Scott Levin
       Third Party Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Law and Motions- Pending Motions (#193, 199, 200, 201, 202, 206, 207)

**3:40 p.m.**   **Court in session.**
**3:53 p.m.**   **Court in recess**

**3:58 p.m.**   **Court in session**

Oral findings are made of record and incorporated herein.

**ORDER:**   The Court vacates its prior order requiring plaintiff to bear the cost of reopened discovery.

**ORDER:**   Third Motion to Quash (**Doc. #193**) is treated by the Court as a motion for reconsideration and is **GRANTED in part and DENIED in part.** The parties will schedule a deposition for Mr. Tomkins within 10 days of today's date to occur no later than 30 days from today's date.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Motion for Leave to Conduct Additional Rule 34 Inspection **(Doc. #199)** is **DENIED as moot**

**ORDER:** Motion for Leave to Conduct Additional Rule 34 Inspection **(Doc. #201)** is **DENIED as moot.**

**ORDER:** Motion for Extension to Time **(Doc. #200)** is **GRANTED.**

**ORDER:** Motion for Extension of Time to Supplement **(Doc. #202)** is **GRANTED.**

**ORDER:** Motion to Vacate July 26, 2007 hearing **(Doc. #207)** is **DENIED.**

**ORDER:** Plaintiff's response to defendant's spoliation motion (Doc. #206) will be filed within 10 days after the deposition of Mr. Tomkins. Defendant's reply will be filed 10 days thereafter.

**ORDER:** All other motions will be filed 15 days after the completion of Mr. Tomkins' deposition.

**4:31 p.m.** **Court in recess.**

**Total Time: 51 minutes.**
**Hearing concluded.**