IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02000-MSK-MEH

LEESA WITT,

    Plaintiff,

v.

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

    Defendant,

CONDOMINIUMS AT THE BOULDERS ASSOCIATION, a Colorado nonprofit corporation,

    Third-Party Plaintiff,

v.

GENESSEE COMMUNITIES VII, LLC,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2008.**

    Upon notice of the settlement of this matter, Plaintiff's Motion to Strike Defendants' Designation of Expert Witness [filed December 30, 2007; doc #224] is **denied as moot.** .